639 A.2d 298

IN RE DEPARTMENT OF ENVIRONMENTAL PROTECTION &
ENERGY EMERGENCY REDIRECTION OF SOLID WASTE
FROM ATLANTIC COUNTY TO CAPE MAY COUNTY.

February 1, 1994.

## ORDER

Leave to appeal is granted, and the order of the Appellate Division denying acceleration of the appeal is summarily reversed.

639 A.2d 298

IN RE DEPARTMENT OF ENVIRONMENTAL PROTECTION &
ENERGY EMERGENCY REDIRECTION OF SOLID WASTE
FROM ATLANTIC COUNTY TO CAPE MAY COUNTY LAND-
FILL.

February 10, 1994.

## ORDER

Leave to appeal is granted, and the order of the Appellate Division denying acceleration of the appeal is summarily reversed.

639 A.2d 298

CAROL MASSA v. THE JERSEY CITY MEDICAL CENTER, THE
JERSEY CITY FAMILY HEALTH CLINIC, KENNETH
PALMER, M.D., AND AHMAD KHALILI, M.D.

February 23, 1994.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

ORDERED that the within appeal be and hereby is dismissed.